# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| VS. § | **CRIMINAL ACTION NO. 5:00-CR-8 (2)** |
| § | |
| **JAMES SANDERS** § | **USM No. 08006-078** |
| § | **Defendant's Attorney: Pro Se** |

**Date of Previous Judgment**: May 23, 2001
(Use Date of Last Amended Judgment, if Applicable)

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. §3582(c)(2)

Upon motion of ■ the defendant □ the Director of the Bureau of Prisons □ the Court under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
　　■ **DENIED**.　　□ **GRANTED**

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to any Departures)
Previous Offense Level: _____　　Amended Offense Level: _____
Criminal History Category: _____　　Criminal History Category: _____
Previous Guideline Range: _____ months　　Amended Guideline Range: _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
□ The reduced sentence is within the amended guideline range.
□ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
□ Other.  (**explain**):

**III. ADDITIONAL COMMENTS**

**Career Offender**


**IT IS SO ORDERED.**


**SIGNED this 23rd day of June, 2009.**


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DAVID FOLSOM
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE